# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139356

KENNETH BROWN, PH. D. and
KATHERINE ANNE THOMPSON,
　　　　Plaintiffs-Appellants,

v

DR. KAREN MILNER,
　　　　Defendant,

and

DR. DAN ANDREWS and UNIVERSITY
HEALTH SERVICES,
　　　　Defendants-Appellees.
_____/

SC: 139356
COA: 285574
Washtenaw CC: 06-000142-NM

　　　　On order of the Court, the application for leave to appeal the June 11, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

y1214